# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 8, 2011

141804

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

SC: 141804
COA: 297201
Oakland CC: 05-203022-FC

JEFFREY LAMONT AARON,
       Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the August 11, 2010 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2011

_____
Clerk

y0228